IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

FILED
2010 APR 13 PM 3:35

<u>CARL E. WATSON</u> )
 )  Civil Case No. <u>03:09-0216</u>
 )  <u>03:09-1140</u>
v. )  <u>03:09-0956</u>
 )  Judge <u>TRAUGER</u>
<u>V.A. Hosp./Regional Counsel</u> )
<u>AND U.S.</u>

**Motion DENIED as MOOT.**

<u>EMERGENCY MOTION</u>
(Type of Pleading)

THIS MOTION IS A REQUEST FOR A LEAVE OF COURT UNTIL JUNE 1, 2010.

THE REASON FOR THE REQUEST IS TO GIVE ME (PLAINTIFF) THE TIME TO RESPOND TO A SIMILAR CASE IN ANOTHER COURT. (COPY INCLUDED)

THE REQUEST IS IN COMPLIANCE TO FEDERAL AND STATE LAW/RULE

C.E. Watson
Signature
4038 ALAMEDA St.
NASHVILLE, TN
37209