IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CARL E. WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0164 |
| | ) | Judge Trauger |
| V.A. HOSPITAL/REGIONAL COUNSEL, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On May 23, 2011, the Magistrate Judge issued a Report and Recommendation, recommending that this case be dismissed without prejudice. (Docket No. 27) On June 10, 2011, the *pro se* plaintiff filed "A Petition to File an Appeal for APPEALS COURT" (Docket No. 30), which the Clerk has docketed as objections to the Report and Recommendation. This document does not constitute objections to the Report and Recommendation, and the Clerk is hereby **ORDERED** to change the docket notation to reflect the exact title of this document.

This court must review *de novo* any portion of a Report and Recommendation to which a specific objection is made. Rule 72(b), FED. R. CIV. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Curtis*, 237 F.3d 598, 603 (6th Cir. 2001); *Massey v. City of Ferndale*, 7 F.3d 506, 510 (6th Cir. 1993). This document does not constitute objections to the Report and Recommendation. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED.**

1

Enter this 27th day of June 2011.

                                                  _____
                                                    ALETA A. TRAUGER
                                                    U.S. District Judge